"A"

In the United States District Court

For the District of Rhode Island
(Form mailed 42 U.S.C.A., 1983 )

JUAN G. EVORA, Pro se
a/k/a ABDUL QADEER ASADULLAH MUJAHID

---------------------------------

---------------------------------

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

v.-

Civil Action No. ______

Stephen Boyd, Warden,
Lt. Meunier,
William Begones, (S.I.U.) et al.

[illegible] 07 322S

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes /_/ No /X/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______

Defendants: ______

______

______

2. Court /if federal court, name the district; if state court, name the county/: ______

3. Docket number: ____________________

4. Name judge to whom case was assigned: ____________________

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ____________________

6. Approximate date of filing law suit: ____________________

7. Approximate date of disposition: ____________________

II. Place of Present Confinement: R.I. Dept. of Corrections

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes /X/ No / /

B. If your answer is YES:

1. What steps dis you take? Appealed to Stephen Boyd Warden, and Ashbel T. Wall, Director.

2. What was the result? Stephen Boyd, Warden denied the appeal, Director Wall never responded.

C. If your answer is NO, explain why not: ____________________

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff Juan G. Evora a/k/a Abdul Qadeer Asadullah Mujahid.

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant Stephen Boyd is employed as Warden of Med. Moran Facility at 40 Howard Ave, Cranston, R.I. 02920

C. Additional Defendants: Lt. Meunier, William Begones (S.I.U.), et al.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

William Begones misrepresentation of official reports on 7/18/07, led to disciplinary infractions. Lt. Meunier held a kangaroo disciplinary board, because of reprisal tactics, denied me the right to call three witnesses, refused any witness, denied me the right to present evidence in my defense, denied me the right to examine evidence, and examine witnesses against plaintiff, denied counsel, violation of due process and liberty, violation of the Morris Rules 1980 version set by this court, and taken good time credits. Stephen Boyd, Warden refused to correct the violation on appeal, denied appeal, hearing held on 7/24/07, appeal denied 8/07/07.

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

I want my due process afforded to me to correct the industice and sanctions of the kangaroo disciplinary hearing board held on 7/24/07, and reinstate good time credits, for defendants being in contempt of Morris Rules 1980, which was a Federal Order of the Honorable Court. To correct the misrepresentation of William Begones reports of official documents. I seek no monetary relief. I do seek to participate in Islamic Prayer Service during Ramadan. see enclosed exhibits (A) and (B).

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 8th day of August, [redacted] 2007

Juan G. Evora, Pro Se

/Signature of plaintiff or plaintiffs/

VERIFICATION

State of Rhode Island )
)
County of Providence )

I, Juan G. Evora, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Juan G. Evora
/Signature of plaintiff

Subscribed and sworn to before me this 8th day of August, ~~198~~ 2007.

/Notary Public or other person authorized by law to administer an oath/