**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 07 - 322 S**

**STEPHEN BOYD,**et al.

**O R D E R**

This matter is before the Court on the application of the *pro se* plaintiff for leave to proceed without prepayment of fees, pursuant to 28 U.S.C. §1915. After consideration of the motion, and of the plaintiff's trust account statement, said motion is **GRANTED.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
October 4 , 2007