UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C.A. No. 07-322 S

STEPHEN BOYD, et al.

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST THE DEFENDANTS'

*******************************************

Plaintiff's Request For Entry of Default Against The Defendants named within the Civil Action Complaint filed by Plaintiff Juan G. Evora, Pro Se. Plaintiff served all Defendants with a waiver of service of summons and notice of lawsuit and request for waiver of service of summons on September 5th, 2007.

Plaintiff moves this Honorable Court for Judgment on the pleadings under Rule 12 and of Entry or Default under Rule 55 (a), all the Defendants named within the Civil Action Complaint Plaintiff file before this Honorable Court failed to comply with Rule 4, and for these reasons Plaintiff ask this Honorable Court to grant the within motion of Entry of Default.

PLAINTIFF,
Pro Se Litigant,

Juan G. Evora

Juan G. Evora, Pro Se
Maximum Security Facility
P.O. Box 8273
Cranston, R.I. 02920

**CERTIFICATION**
******************

The undersigned hereby certifies under 28 USCA 1746 that on November 19th, 2007, I mailed a true copy of the within Plaintiff's Motion for Entry of Default to Warden Stephen Boyd, Lt. Meunier, William Begones, at Medium Moran Facility P.O. Box 8274, Cranston, R.I. 02920.

PLAINTIFF,
Pro Se Litigant,

Juan G. Evora

Juan G. Evora, Pro Se
Maximum Security Facility
P.O. Box 8273
Cranston, R.I. 02920