**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 07-322 S**

**ASHBEL T. WALL**, et al.

**O R D E R**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks the entry of a default against all of the defendants. Said motion is **DENIED.** No defendant has been served in this case. Indeed, plaintiff indicates that he sent waivers to the defendants with no response. Therefore, plaintiff must takes steps to serve the defendants formally. See Fed. R. Civ. P. 4.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12/17/07