**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA**

**v.** **C. A. NO. 07-322 S**

**STEPHEN BOYD, ET AL**

**DEFENDANTS' MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12 (b) (5)**

Now come all Defendants and make a special appearance, by and through their Counsel, for the exclusive purpose of moving to Dismiss Plaintiff's amended complaint pursuant to Fed. R. Civ. P. 12 (b)(5) as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

__________________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 9th day of January, 2008, I mailed a true copy of the within Defendants' Motion to Dismiss and accompanying Memorandum to Juan Evora, P. O. Box 8273, Cranston, Rhode Island 02920.

/S/ Michael B. Grant

______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA**

**v.** **C. A. NO. 07-322 S**

**STEPHEN BOYD, ET AL**

**MEMORANDUM**

Plaintiff filed his original complaint on August 23, 2007. Thereafter on September 7, 2007, Plaintiff, filed an amended complaint. In September 2007, by U. S. Postal Service, Plaintiff mailed a copy of the original complaint as well as a Waiver of service of summons to defendants Stephen Boyd and Lt. Meunier at the Medium Security Facility, Cranston, Rhode Island 02920. Defendant Begones has not received any pleadings from plaintiff regarding the instant action. No defendant has received, by any method or means, a copy of the amended complaint. Plaintiff has moved for entry of default against all Defendants who have timely objected.

Federal Rule of Civil Procedure 4(m) states in pertinent part:

> 4(m) "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or upon its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant . . . . . "

As stated above, defendants Boyd and Lt. Meunier were mailed a copy of the original complaint. Defendant Begones has not received a copy of either the original or amended complaint.

Federal Rule Civil Procedure 15 allows a party to amend their pleading once as a matter of course at any time before a responsive pleading is served. Thus, the amended complaint which was filed on September 7, 2007, is operative in the instant matter. No

defendant has received , by any means, a copy of the amended complaint. More than 120 days has passed since the filing of the amended complaint.

Accordingly, in light of the fact that no service has been attempted as to the amended complaint, service is insufficient under Fed. R. Civ. P. 12(b)(5). Accordingly, Defendants request that the amended complaint be dismissed.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864