UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C.A. No. 07-322 S

STEPHEN BOYD, et al.

**PLAINTIFF'S MOTION OF OBJECTION TO COURT ORDER AND REQUEST FOR THE HONORABLE COURT TO SERVE THE WITHIN NAMED DEFENDANTS WHO REFUSED TO ACKNOWLEDGE NOTICE OF LAWSUIT AND REQUST FOR WAIVER OF SERVICE OF SUMMONS, PLAINTIFF SERVED ALL DEFENDANTS IN COMPLIANCE WITH RULE 4 and Rule 12 FED. R. CIV. P.**

******************************************************************

The Plaintiff, Juan G. Evora, Pro Se moves this Honorable Court to remove the Court Order that denied Plaintiff's motion of default against the Defendants. Plaintiff did serve all the within named Defendants with notice of lawsuit and request for waiver of service of summons. The Defendants did fail to respond to the notice of lawsuit and request for waiver of service of summons.

**WHEREFORE** in compliance with Federal Rules of Civil Procedure the Plaintiff respectfully request to the extent authorized by rules, ask the Court to require the parties to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to waive service of the summons, which is set forth at the foot of the attached waiver forms.

The Plaintiff prays this Honorable Court grant this motion.

Date: January 3, 2008.

Juan G. Evora, Pro Se

CERTIFICATION OF SERVICE
28 USCA 1746
************************

I Juan G. Evora, Pro Se declare under the penalty of perjury under 28 USCA 1746, that I did serve the Clerk of the United States District Court for the District of Rhode Island with the Motion of Objection To Court Order and Request for The Honorable Court to Serve the Within DEfendants whoe refused to sign the waiver of service and notice of lawsuit, which Plaintiff served all Defendants with in compliance with Rule 4 and Rule 12 Fed. R. Civ. P. . The Plaintiff did serve the Clerk of the Court with copies of complaint and Notice of Lawsuit and Waiver of Service of Summons to serve all within Defendants with on January 3, 2008.

Juan G. Evora, Pro Se
Maximum Security Facility
P.O. Box 8273
Cranston, R.I. 02920