Exhibit-1(F

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
282 JOHN O. PASTORE FEDERAL BUILDING
PROVIDENCE, RHODE ISLAND 02903-1779

TEL: (401) 752-7110
FAX: (401) 752-7106

ROBERT W. LOVEGREEN
UNITED STATES
MAGISTRATE JUDGE

June 3, 2002

[redacted]
P. O. Box 8200
High Security Facility
Cranston, RI 02920

Dear Mr. Rocheleau:

In response to your recent letter, I enclose a copy of this court's decision in Doctor v. Wall, 143 F. Supp. 2d 203 (D.R.I. 2001). Unless a matter involving the Morris Rules properly alleges a federal constitutional violation as required by the Doctor decision, the matter is properly brought in state court, not federal court. This court did not state that the Morris Rules were ineffective or that the ACI personnel were not bound by them.

I trust this answers your inquiry.

Sincerly,

(page-9)

 Exhibit 2(B.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
282 JOHN O. PASTORE FEDERAL BUILDING
PROVIDENCE, RHODE ISLAND 02903-1779

TEL: (401) 752-7110
FAX: (401) 752-7106

ROBERT W. LOVEGREEN
UNITED STATES
MAGISTRATE JUDGE

July 15, 2002

[redacted]
High Security Facility
Cranston, RI 02920

Dear Mr. Rocheleau:

Your letter of July 1, 2002 has been received concerning whether Category B inmates can have radios. They cannot according to the Morris Rules as set forth in Morris v. Travisano, 499 F. Supp. 149, 161-74 (D.R.I. 1980). You also cited to Morris v. Tavisano, 310 F. Supp. 857 (D.R.I. 1970).

The 1970 version of the Morris Rules was replaced and finalized by the 1980 version. Whatever the 1980 version states is what is currently in effect.

While you cited to the Morris Rules as they affect Category B inmates, your letter references Category C inmates. In the most recent version of the Morris Rules, the 1980 version, Category C inmates are allowed radios with earphones only. See page 166 of the 1980 version. Category D inmates can have no television and no radio.

Insofar as the federal court is concerned, the 1980 version of the Morris Rules is the only set of rules currently in effect. The 1970 version has been replaced by the 1980 version.

I trust this answers your inquiry.

Sincerely,

Robert W. Lovegreen

EXHIBIT (A)

disp014.RPT R.I. DEPARTMENT OF CORRECTIONS DATE: 08/07/2007

* COMPLETED CASE REPORT * PAGE 01

**Inmate Id: 0075069** **Inmate Name: JUAN G EVORA** **Sec: MED**

Incarceration No: 0010625 Area/Cell: SEG 06B

Job Code: SRG Level: Enemy Level: Not Housed in same bldg

**Discipline No: 000032187**

Infraction Date/Time: 7/18/2007 09:00:00 Infraction Sec: MED

Charging Staff Member: Begones

Place Of Infraction: MED Place Of Booking: MEDIUM SECURITY

ORIGINAL- Infraction Code: P05 Infraction CAT: VIOLENCE

Infractions Severity: HIGHEST(PREDATORY)

Infractions Description:
Assault on an Inmate (to include spitting and/or throwing bodily fluids)

Filed Date/Time: 7/20/2007 09:57:44 Inmate Demeanor: CONCERNED

**Infraction Narrative:**

THE ABOVE INMATE DID ENTER THE CELL OF INMATE CRUMEL AND ASSAULT HIM BY BITING HIM THE EYE AREA AND THEN EXITING THE CELL. THIS ASSAULT WAS WAS DUE TO A DIS-RESPECT ISSUE.

Witnesses: NONE

**S.O. REVIEW:** **READ BY: Hollis**

Inform Date: 07/23/2007 18:00:00 Hearing Date: 07/24/2007 09:00:00

Demeanor: CONCERNED Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC Waive 24 Notice: YES

Req Rep Present: YES Req Witness: YES

Witnesses: NONE

**Inmate's Statement:**
I never bit anyone! If you look at the video from 7:30 AM to 8:30 AM, you will see evidenc e of a scuffle with inmate Crumel on the basketball court. His face was scratched by my ID tag.

**Superior's Comments:**
Warrants hearing based on investigator's report.

disp014.RPT R.I. DEPARTMENT OF CORRECTIONS DATE: 08/07/2007

* COMPLETED CASE REPORT * PAGE 02

**Inmate Id: 0075069** **Inmate Name: JUAN G EVORA** **Sec: MED**

Incarceration No: 0010625 Area/Cell: SEG 06B

Job Code: SRG Level: Enemy Level: Not Housed in same bldg

**Discipline No: 000032187**

**HEARING:**

Hearing Date: 7/24/2007 09:50:53 Offender's Plea: NOT GUILTY

Rep Counselor: Soderlund

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
inmate states that he was in a scuffle with inmate crumel the previous day, during a baske t ball game. inmate evora states inmate crumel threatened him the previous day, and there was a fight, but he never bit crumel. States crumel scratched his eye on his (evora's ID).

**Witness(s) Statement:**
inmate crumel was brought to board. inmate crumel said he did have a disagreement with evo ra, and evora did enter his cell and charge him. he then stated that evora grabbed him and bit him under the eye.

**Officer's Statement:**
guilty based on report and testimony from inmate crumel. credit 6 days lockup. inmate req uests video tape from 7/17/07, block and yard, tape and witnesses for appeal.

**Finding: GUILTY** **Class. Review: YES** **Req Ward Review: YES**

Infraction Code: P05 Infraction CAT: VIOLENCE

Infractions Severity: HIGHEST(PREDATORY)

Infractions Description:
Assault on an Inmate (to include spitting and/or throwing bodily fluids)

Hearing Off. Sig: Meunier

**SANCTIONS:**

| | | | |
|---|---|---|---|
| DISCIPLINARY CONFINEMENT | START DATE: | 90 DAYS | (ACTUAL DAYS 0) |
| LOSS OF GOOD TIME | START DATE: | 90 DAYS | (ACTUAL DAYS 0) |

**WARDEN REVIEW:**

Stephen Boyd Deputy Assistant Director Adult Services W

Finding: DENIED Sign Date: 8/07/2007 1:02:34

Rationale:
BASED ON INFO/STMTS LETTER RECEIVED
board action stands

disp014.RPT R.I. DEPARTMENT OF CORRECTIONS DATE: 08/07/2007

* COMPLETED CASE REPORT * 

**Inmate Id: 0075069** **Inmate Name: JUAN G EVORA** **Sec: MED**

Incarceration No: 0010625 Area/Cell: SEG 06B

Job Code: SRG Level: Enemy Level: Not Housed in same bldg

**Discipline No: 000032187**
Infr Sec: MED

P05 Assault on an Inmate (to include spitting and/or throwing bodily fluids)