**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA**

**v.** **C. A. NO. 07-322 S**

**STEPHEN BOYD, ET AL**

**PLAINTIFF'S MOTION OBJECTING TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b) (5)**
*****************************************

Now come the Plaintiff and respectfully objects to Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b) (5) as and for the reasons proffered in the accompanying Memorandum.

PLAINTIFF,
Pro Se Litigant
Juan G. Evora

Juan G. Evora
Pro Se Litigant
Maximum Security Facility
P.O. Box 8273
Cranston, R.I. 02920

CERTIFICATION
*************
-28 USCA 1746-

The undersigned hereby certifies that on this, the____day of January, 2008, I mailed a true copy of the within Plaintiff's Motion Objecting to Defendants' Motion to Dismiss and accompanying Memorandum to Michael B. Grant, Deputy Chief Legal Counsel R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920.

Signature

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA**

**v.** **C. A. NO. 07-322 S**

**STEPHEN BOYD, ET AL**

## MEMORANDUM

**************

Plaintiff filed his complaint on August 23, 2007 from the R.I. Department of Corrections Medium Moran Facility Segregation Unit, see attached Adult Correctional Institutions Inmate Account Transfer slips certified under 28 U.S.C.A. 1746 addressed to all the Defendants' being William Begones at 40 Howard Ave., Cranston, R.I. 02920, Lt. Meunier, P.O. Box 8274, Cranston, R.I. 02920, and Stephen Boyd, Warden, P.O. Box 8274, Cranston, R.I. 02920... exhibits attached (A), (B) and (C) are the Adult Correctional Institutions Inmate Account Transfer slips all Dated: 8/29/07. Exhibit (D) is a Adult Correctional Institutions Inmate Account Transfer slip also dated: 8/29/07. Plaintiff avers that due to him being in Medium Moran Facility Segregation Unit at the time of filing Fed. Civ. Action Complaint, and the seg. unit not have required law books, legal forms, and copying machine denied him due process in violation of the Fourteenth Amendment of the United States Constitution. Defendants' held Plaintiff in segregation from July 18, 2007 up to October 13, 2007. This had been the reason for the Plaintiff not being abe to send the notice of lawsuit and waiver of service of summons, seg. unit did not have required documents that being the notice of lawsuit and waiver of service.

Plaintiff Juan G. Evora avers under the penalty of perjury 28 USCA 1746 that he did in fact mail all Defendants named in the civil action complaint, and offers signed Adult Correctional Institutions Inmate Account Tranfer slips signed by associate director and captain as proof, see attached exhibits of Adult Correctional Institutions Inmate Account Transfer slips nine in number amount.

**Unsworn declarations under penalty of perjury 28 USCA § 1746.**

**Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by sworn declaration, verification, certificate, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:**

**(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on (date). (Signature)".**

**(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on (date). (Signature)".**

Plaintiff fully aware of the bad faith practices of the Defendants' against pro se litigants, did in fact utilize the Unsworn declaration under the penalty of perjury under 28 USCA 1746. The Plaintiff is not able to send certified registered mail due to the Department of Corrections reprisal tactics, and made up unconstitutional policy the denies Plaintiff proper due process protected under the Fourteenth Amendment, so Plaintiff signed all Adult Corrections Institutions Inmate Account Transfer slips under 28 USCA

1746, and has attached said copies of all nine Adult Correctional Institutions Inmate Account Transfer slips as evidence, and also declares all stated within this memorandum is under the penalty of perjury under 28 USCA 1746.

Plaintiff also served the United States District Court with a true copies to be served upon all the Defendants' who never did respond to the notice of lawsuit and waiver of summons.

Wherefore the Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) (5) should be denied, and Plaintiff objection be granted. Defendants' also bare the cost of being served with the notice of lawsuit and summons by the United States District Court for The District of Rhode Island.

Plaintiff,

Pro Se Litigant,

Juan G. Evora

Juan G. Evora

Pro Se Litigant

Maximum Security Facility

P.O. Box 8274

Cranston, R.I. 02920

CERTIFICATION

28 USCA 1746

The undersigned herby certifies that on this, the_____day of January, 2008, I mailed a true copy of the within Plaintiff's Motion Objecting to Defendants' Motion to Dismiss and accompanying Memorandum to Michael B. Grant, Deputy Chief Legal Counsel R.I. Department of Correction, 40 Howard Avenue, Cranston, R.I. 02920.

Signature