UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C.A. No. 07-322 S

STEPHEN BOYD, et al.

**PLAINTIFF'S OBJECTION TO DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST TO HAVE THE DEFENDANTS SERVED**

******************************************************

Now come the Plaintiff in the above-entitled case and hereby object to the Defendants' motion objecting to Plaintiff's request to have the Defendants' served, as and for the reasons proffered in the accompanying Memorandum.

PLAINTIFF,
By Pro Se Litigant,

Juan G. Evora

Juan G. Evora, Pro Se
Maximum Security Facility
P.O. Box 8273
Cranston, R.I. 02920

**CERTIFICATION**
**28 USCA 1746**
*************

The undersigned hereby certifies that on this, the 29 day of January, 2008, I mailed a true copy of the within Plaintiff's Objection to Defendants' Motion of Objection to Plaintiff's Request To Have The Defendants' Served and accompanying Memorandum to Michael B. Grant, Deputy Chief Legal Counsel, 40 Howard Avenue, Cranston, Rhode Island 02920.

Juan G. Evora

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

v. C. A. NO. 07-322 S

STEPHEN BOYD, ET AL

## MEMORANDUM
***********

Plaintiff filed his original complaint on August 23, 2007. Thereafter, on September 7, 2007, Plaintiff filed an amended complaint by U.S. postal service. Plaintiff mailed a copy of the original complaint, amended complaint, as well as notice of lawsuit as well as waiver of service and summons to Defendants Boyd, Meunier and Begones, under 28 USCA 1746 and have submitted attached copies as proof of service. **All documents submitted as proof of service are signed by superiors of the Rhode Island Department of Corrections.**

Plaintiff avers that Mr. Begones is in the routine habit of practice of misrepresentation and bad faith acts. Mr. Begones in the past committed misprison of a felony, the very case he was a known member of the cover up of a felony crime in violation of R. I. General Laws 11-1-1, cover up of felony crime the other Correctional Officers committed and Lt. Flynn of Medium Moran Facility was the whistle blower on, the very case is at present being retried after being appeal after the other Correctional Officers had been found guilty and appealed. Point being is that Mr. Begones is not creditable, and evidence attached proves Mr. Begones routine habit of misrepresentation and bad faith acts.

**WHEREFORE** Plaintiff Juan G. Evora ask that Defendants Motion Objection to Plaintiff Motion of Request To Have Defendants Served, and Memorandum be denied. As Plaintiff has followed all the Fed. R. of Civ. P. and Michael Grant Defendants attorey is already well aware of this. As the Defendants Attorney Mr. Grant had got Plaintiff's Motion Objecting To Defendants' Motion To Dismiss Pursuant T Fed. R. Civ. P. 12 (b) (5), and attached documents of proof and Memorandum proffered.

Accordingly, Plaintiff's request to have Defendants' Motion denied should be granted.

Respectfully submitted,

Date: 1/29/2008

Juan G. Evora

Juan G. Evora, Pro Se
Maximum Security Facility
P.O. Box 8273
Cranston, R.I. 02920