[28 U.S. CA. 1746] Civ. Action Complaint

Exibit-A

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 75069 DATE 9/5/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [x] POSTAGE — AMOUNT
1. (LETTER) LETTERS legal Mail (1)
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______
TOTAL $ ______

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ______
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ______
TOTAL $ ______

II. [x] DRAW CHECK PAYABLE TO OR ______
Michael B. Grant, Esq. (NAME)
40 Howard Avenue (ADDRESS)
Cranston, R.I. 02920 (CITY OR TOWN)
legal (RELATIONSHIP)

V. [ ] PAYMENT OF FINE
TO ______ COURT
FOR AMOUNT $ ______

MAX

PERSON ON VISITING LIST [ ] YES [x] NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES legal Mail

[x] APPROVED [ ] DENIED [signature] ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ ______ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE ______ RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

"[28 U.S.C.A. 1746] Civ. Action complaint

Exhibit-B S-17

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 75069 DATE 9/5/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☑ POSTAGE AMOUNT
1. LETTER / LETTERS legal Mail - (1)
2. CARD / CARDS
3. CERTIFIED MAIL 41
4. OTHER
TOTAL $ ____

IV ☐ WORK RELEASE
RENT FOR WEEK AMOUNT
OF ____ TO ____ $ ____
EXPENSE PAYMENT FOR WEEK
OF ____ TO ____ $ ____
TOTAL $ ____

II. ☐ DRAW CHECK / CASH FOR $ ____
NAME William Begones
ADDRESS 40 Howard Ave. Admin Bld. B
CITY OR TOWN Cranston, R.I. 02920
RELATIONSHIP legal

V. ☐ PAYMENT OF FINE
TO ____ COURT
FOR AMOUNT $ ____

PERSON ON VISITING LIST ☐ YES ☑ NO VERIFIED ____ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES legal federal mail

☑ APPROVED ☐ DENIED ____ ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ____

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ ____ FROM THE ADULT COR-
RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Exhibit C [28 U.S.C.A. 1746] Civ. Action Complaint

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 75069 DATE 9/5/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [x] POSTAGE AMOUNT
1. LETTER / LETTERS legal Mail (1)
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER
TOTAL $ .75

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ___
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ___
TOTAL $ ___

II. [ ] ~~DRAW CHECK / CASH FOR $~~ ___

Stephen Boyd, Warden
NAME
P.O. Box 8274
ADDRESS
Cranston, R.I. 02920
CITY OR TOWN
legal
RELATIONSHIP

V. [ ] PAYMENT OF FINE
TO ___ COURT
FOR AMOUNT $ ___

PERSON ON VISITING LIST [ ] YES [x] NO VERIFIED ___ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES legal federal mail

[x] APPROVED [ ] DENIED ___ ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ___

I HAVE RECEIVED THE FOLLOWING AMOUNT $ ___ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Exhibit D [28 U.S.C.A. 1746] Civil Action Complaint

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 75069 DATE 9/5/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☑ POSTAGE AMOUNT

1. LETTER / LETTERS legal Mail (1)
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER

TOTAL $ .58

IV ☐ WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

~~II. ☐ DRAW CHECK / CASH FOR $~~ ______

Lt. Meunier
NAME

P.O. Box 8274
ADDRESS

Cranston, R.I. 02920
CITY OR TOWN

legal
RELATIONSHIP

V. ☐ PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST ☐ YES ☑ NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES legal Federal Mail

☑ APPROVED ☐ DENIED

[signature] ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT COR-

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Exhibit-A1 [28 U.S.C.A. 1746]

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 75069 DATE 8/29/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT

1. LETTER / LETTERS 267
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER legal-package-(1)

TOTAL $ ______

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ___ TO ___ $ ______

EXPENSE PAYMENT FOR WEEK

OF ___ TO ___ $ ______

TOTAL $ ______

II. ~~[ ] DRAW CHECK / CASH FOR $~~ ______

NAME U.S. Dist. Court of R.I.

ADDRESS One Exchange Terrace Courthouse Building 119

CITY OR TOWN Prov. R.I. 02903

RELATIONSHIP Federal Court

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST [ ] YES [X] NO

VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES [redacted]

[X] APPROVED [ ] DENIED ______ 8-30-07

ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora

INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Exhibit-B-A [28 U.S.C.A. 1746]

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 75069 DATE 8/29/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☑ POSTAGE AMOUNT

1. LETTER / LETTERS 1.48
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER legal-package-(1)

TOTAL $ ____

IV ☐ WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ____

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ____

TOTAL $ ____

II. ☐ ~~DRAW CHECK / CASH FOR $~~ ____

Stephen Boyd, Warden
NAME

P.O. Box 8274
ADDRESS

Cranston, R.I. 02920
CITY OR TOWN

RELATIONSHIP

V. ☐ PAYMENT OF FINE

TO ____________ COURT

FOR AMOUNT $ ____

PERSON ON VISITING LIST ☐ YES ☑ ~~NO~~ VERIFIED [signature]
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES [redacted]

☑ APPROVED ☐ DENIED [signature] 8-31-07
ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ____

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ________ FROM THE ADULT COR-

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Exhibit-C [28 U.S.C.A. 1746]

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 75069 DATE 8/29/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT

1. LETTER / LETTERS 1.48
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER legal-package-(1)

TOTAL $ ______

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

~~II. [ ] DRAW CHECK / CASH FOR $ ______~~

Lt. Meunier
NAME
P.O. Box 8274
ADDRESS
Cranston, R.I. 02920
CITY OR TOWN

RELATIONSHIP

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES ______

[X] APPROVED [ ] DENIED ______ ASSOCIATE DIRECTOR 8-31-07 DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT $ ______ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE

______
RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Exhibit - 8 Y [28 U.S.C.A. 1746]

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 75069 DATE 8/29/07

NAME Evora (LAST) Juan (FIRST) G. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT
1. LETTER / LETTERS 1.48
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER legal-package (1)
TOTAL $

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ____ TO ____ $ ____
EXPENSE PAYMENT FOR WEEK
OF ____ TO ____ $ ____
TOTAL $ ____

II. [ ] DRAW CHECK / CASH FOR $ ____
William Begones (NAME)
40 Howard Ave (ADDRESS)
Cranston, R.I. 02920 (CITY OR TOWN)
(RELATIONSHIP)

V. [ ] PAYMENT OF FINE
TO ____ COURT
FOR AMOUNT $ ____

PERSON ON VISITING LIST [ ] YES [X] NO VERIFIED ____ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES ____

[X] APPROVED [ ] DENIED ____ ASSOCIATE DIRECTOR 8-31-07 DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ____

I HAVE RECEIVED THE FOLLOWING AMOUNT $ ____ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Juan G. Evora
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY