**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 07-322 S**

**ASHBEL T. WALL**, et al.

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks the Court to reconsider a prior ruling which denied his entry of a default against all of the defendants. Said motion to reconsider is **DENIED.** No basis exists, in law or fact, for the Court to reconsider its prior ruling.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 5 Feb 08