UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan G. Evora
Plaintiff

v. C.A. No. 07-322S

Stephen Boyd, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on June 17, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss for insufficient service is GRANTED and the action is DISMISSED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 7/7/08