UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Juan G. Evora
Plaintiff

V.

Case Number: C.A. NO. 07-322S

Stephen Boyd, et al
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Stephen Boyd, et al against the Plaintiff, Juan G. Evora pursuant to the Court's Order dated July 7, 2008 granting defendant's Motion to Dismiss for insufficient service and dismissing the action.**

**BY ORDER:**

**July 7, 2008**
**Date**

**Deputy Clerk**